```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re APPLICATION Pursuant to 28 U.S.C. §       :
1782 for an Order Permitting Favariz Business   :   No. 24-mc-512
Limited to Take Discovery From JPMorgan         :
Chase Bank NA, Citibank, N.A., Bank of          :
America National Association New York,          :   **ORDER**
Standard Chartered Bank, and Wells Fargo for    :
Use in Foreign Proceedings.                     :
                                                :
                                                :
------------------------------------------------------------x

Upon consideration of the Application and Petition for an Order Pursuant to 28 U.S.C. § 1782 for an Order Permitting Discovery for Use in a Foreign Proceeding (the "Petition") submitted by Petitioner Favariz Business Limited ("Petitioner") (Dkt 1), and all papers submitted in support thereof, and good cause having been shown, this Court orders that

(a) The Petition (Dkt 1) is granted;

(b) Petitioner is authorized to serve the Subpoenas annexed as Exhibits 1-5 to the Declaration of Alexander G. Malyshev, filed in support of the Petition, upon JPMorgan Chase Bank NA, Citibank, N.A., Bank of America National Association New York, Standard Chartered Bank, and Wells Fargo (the "Banks");

(c) The order is without prejudice to any timely objections to or motions to quash or modify the subpoenas.

Date: 11/12/2024                          **SO ORDERED.**

                                          _____
                                          United States District Judge

1

11357033.1